**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RODNEY JACKSON | CIVIL ACTION NO. 08-0482-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHREVEPORT POLICE DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Judge Michael Walker, Assistant District Attorney Jason Brown, and Attorney Stan Lockhard and Plaintiff's claims regarding excessive force, his classification, and the conditions of his confinement be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and that Plaintiff's civil rights claims seeking monetary damages and injunctive and declaratory relief for his alleged unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of August, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE